**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| MICHELE LACROIX and MARY OLSON, | Court File No. 0:06-cv-1634 MJD/AJB |
| Plaintiffs, | **ORDER** |
| vs. | |
| HIGH-TECH INSTITUTE, INC., | |
| Defendant. | |

Based on the parties' Stipulation for Dismissal, IT IS HEREBY ORDERED:

That the above-captioned matter is hereby DISMISSED WITHOUT PREJUDICE.

BY THE COURT:

Dated: _July 5, 2006____

By:__s/Michael J. Davis___
Judge of the District Court